**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1171**

———————————

RONALD M. GREEN, as Special Representative of the Estate of Wendell Alonzo Willis, Deceased,

  Plaintiff - Appellant,

  v.

UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; DENIS MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; FRANK KENDALL, III, in his official capacity as the acting Secretary of the Air Force,

  Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:21-cv-00271-RAJ-DEM)

———————————

Submitted:  November 19, 2024                    Decided:  November 21, 2024

———————————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald M. Green, Appellant Pro Se.  Garry Daniel Hartlieb, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald M. Green appeals the district court's orders dismissing his civil action and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Green v. U.S. Dep't of Def.*, No. 2:21-cv-00271-RAJ-DEM (E.D. Va. Mar. 24 & Oct. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*